NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2008-3102

DONALD A. RECINO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

Peter C. Nelson, of Rochester, New York, argued for petitioner.

Dawn E. Goodman, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Gregory G. Katsas, Acting Assistant Attorney General, Jeanne E. Davidson, Director, Reginald T. Blades, Jr., Assistant Director, and Gregg M. Schwind, Trial Attorney.

Appealed from: Merit Systems Protection Board

# United States Court of Appeals for the Federal Circuit

2008-3102

DONALD A. RECINO,

Petitioner,

v.

UNITED STATES POSTAL SERVICE,

Respondent.

.

# Judgment

ON APPEAL from the       Merit Systems Protection Board

in CASE NO(S).       NY0752060327-I-1.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

Per Curiam (NEWMAN, RADER and PROST, <u>Circuit Judges</u>).

AFFIRMED. <u>See</u> Fed. Cir. R. 36.

ENTERED BY ORDER OF THE COURT

DATED <u>August 18, 2008</u>       <u>/s/ Jan Horbaly</u>
           Jan Horbaly, Clerk